CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP - 8 2015

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Criminal Action No. 4:12-cr-00032** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **TYRELL KEONI SAUNDERS,** | ) | **By:** Hon. Jackson L. Kiser |
| Petitioner. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

## ADJUDGED and ORDERED

that the United States' motion to dismiss is **GRANTED**; the motion to vacate, set aside, or

correct sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED**; a certificate of appealability is

**DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion

to Petitioner and counsel of record for the United States.

**ENTER**: This _____8th_____ day of September, 2015.

Senior United States District Judge