CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 24 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 4:12-cr-0032-1 |
| v. | **MEMORANDUM OPINION** |
| **TYRELL KEONI SAUNDERS,** | By: Hon. Jackson L. Kiser |
| Petitioner. | Senior United States District Judge |

Tyrell Keoni Saunders, a federal inmate proceeding pro se, filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 in light of Johnson v. United States, ___ U.S. ___, 135 S. Ct. 2551 (2015). Court records indicate that the court already dismissed (Dkt. No. 173) a prior § 2255 motion (Dkt. No. 146). Thus, the § 2255 motion is a second or subsequent motion under 28 U.S.C. § 2255(h). See, e.g., United States v. Hairston, 754 F.3d 258, 262 (4th Cir. 2014).

The court may consider a second or successive § 2255 motion only upon specific certification from the United States Court of Appeals for the Fourth Circuit that a claim in the motion meets certain criteria. See 28 U.S.C. § 2255(h). As Petitioner has not submitted any evidence of having obtained certification from the Court of Appeals to file a second or successive § 2255 motion, the court dismisses the § 2255 motion without prejudice as successive. Based upon the court's finding that Petitioner has not made the requisite substantial

showing of denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is denied.[1] Petitioner's motion to appoint counsel is granted pursuant to Standing Order 2015-5.

ENTER: This 24th day of June, 2016.

*Jackson L. Kiser*
Senior United States District Judge

---

[1] Petitioner is hereby advised of the procedure for obtaining certification to have this court review a successive § 2255 motion. Petitioner must submit a copy of the successive § 2255 motion to the Court of Appeals, along with a motion requesting a three-judge-panel certification that the district court may review the successive § 2255 motion. See 28 U.S.C. § 2244(b). A Fourth Circuit form and instructions for filing this motion are available from the Fourth Circuit at the following address: Office of the Clerk, United States Court of Appeals for the Fourth Circuit, 1100 E. Main St., Suite 501, Richmond, VA 23219.

2